

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2021

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

# O R D E R

On October 29, 2021, appellant filed an "Opposed Emergency Motion for Sanctioning and Immediately Remove Each and All Three Justices on the Panel in this Case" noting that appellee had set a November 3, 2021 hearing on this matter in the trial court. Appellant's emergency motion explains that appellee represented to the trial court that this court had recently entered a "proposed Order from the Fourth Court of Appeals . . . which will be presented to the [trial court] at the time of the hearing." Appellant's emergency motion requested the following relief:

(1) sanctions against appellee and her counsel;
(2) the recusal of the panel that decided this case;
(3) the identification of the "proposed Order" that appellee stated she planned to present to the trial court;
(4) an order staying the November 3, 2021 hearing in the trial court;
(5) an order requiring appellee to withdraw a motion she filed in the trial court; and
(6) an order enjoining appellee from initiating further proceedings in the trial court.

On October 30, 2021, appellant filed an additional motion seeking leave to amend his emergency motion.

By separate order, the "majority of the remaining justices sitting en banc" previously denied appellant's motion to recuse the panel. *See* Tex. R. App. P. 16.3(b).

Appellant's motion for leave to amend his emergency motion is **GRANTED**. Appellant's request to stay the November 3, 2021 trial court hearing in this matter is **GRANTED**, and we **ORDER** the trial court to vacate that setting. We **ORDER** appellee to file, **by November 12, 2021**, a response to appellant's motion for sanctions. We further **ORDER** appellee to identify in her response "the proposed Order from the Fourth Court of Appeals" that she represented would "be presented to the [trial court] at the time of the [November 3] hearing.

It is so **ORDERED** on November 2, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT